

# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 23, 2015

No. 04-14-00809-CR

Ex Parte George **GARCIA**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2000CR5603W
The Honorable Andrew Wyatt Carruthers, Judge Presiding

## O R D E R

On July 25, 2014, Appellant Jorge Garcia filed an application for writ of habeas corpus to withdraw a prior plea. On October 23, 2014, the criminal law magistrate denied his application, but did not make findings of fact or conclusions of law. *Contra* TEX. CODE CRIM. PROC. ANN. art. 11.072 § 7(a) (West Supp. 2014); *Ex parte Zantos-Cuebas*, 429 S.W.3d 83, 91–92 (Tex. App.—Houston [1st Dist.] 2014, no pet.). On February 12, 2015, Appellant moved this court to abate this appeal and remand the cause to the trial court to make findings of fact and conclusions of law.

Appellant's motion is GRANTED. *See* TEX. CODE CRIM. PROC. ANN. art. 11.072 § 7(a); *Ex parte Zantos-Cuebas*, 429 S.W.3d at 91–92.

We ABATE this appeal, REMAND the cause to the trial court, and ORDER it to deliver to the trial court clerk within TEN DAYS of the date of this order its findings of fact and conclusions of law supporting its October 23, 2014 order.

We ORDER the trial court clerk to prepare, certify, and file in this court a supplemental clerk's record containing the trial court's findings of fact and conclusions of law within FIVE DAYS of receiving the findings and conclusions from the trial court. *See* TEX. R. APP. P. 34.5(c).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.



Keith E. Hottle
Clerk of Court